STATE v. ISOM

No. 325P00

Case below: 136 N.C.App. 232

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 October 2000.

STATE v. JACKSON

No. 427PA00

Case below: 139 N.C.App. 721

Motion by Attorney General for temporary stay allowed 27 September 2000. Petition by Attorney General for writ of supersedeas allowed 5 October 2000. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 5 October 2000. Conditional petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 2000.

STATE v. LANCASTER

No. 181PA00

Case below: 137 N.C.App. 37

Petition by defendant for discretionary review pursuant to G.S. 7A-31: Issues 1-6 denied; Issue 7 allowed 5 October 2000 for the limited purpose to remand to North Carolina Court of Appeals for (1) amendment of the record to include issue 7 and review of the issue by that Court or (2) if there is clearly error with respect to issue 7 for further remand to the superior court for correction of the error. Motion by defendant for appropriate relief dismissed 5 October 2000.

STATE v. LATHAN

No. 308P00

Case below: 138 N.C.App. 234

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 2000.